**EXHIBIT B**

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock St., Room 256, Denver, CO 80202<br>(720) 865-8301 | ▲FILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Dec 30 2011 7:45PM MST<br>Filing ID: 41645953<br>Review Clerk: Matthew Palmer |

| | |
|---|---|
| Plaintiffs:<br><br>**PHILIP W. WYERS AND WYERS PRODUCTS GROUP, INC.**<br><br>v.<br><br>Defendants:<br>**GREENBERG TRAURIG, LLP; MARK L. HOGGE; LAURA M. KLAUS; AND ROBERT P. CHARROW** | **COURT USE ONLY** |

| | |
|---|---|
| Attorney Name:  R. Parker Semler, No. 20985<br>                        Matthew Nelson, No. 19909 (Of Counsel)<br>Address:        Semler & Associates, P.C.<br>                        1775 Sherman Street, Suite 2015<br>                        Denver, Colorado 80203<br>Phone Number:  (303) 839-1680<br>Fax Number:     (303) 839-1642<br>E-mail:         parker@semlerlaw.com; matt@semlerlaw.com | Case Number:<br><br><br><br>Division          Courtroom |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

    ☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

    X Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

- ❏ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,   **or**
- X This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),   **or**
- ❏ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. X This party makes a **Jury Demand** at this time and pays the requisite fee.   See C.R.C.P. 38. (Checking this box is optional.)

Date: December 30, 2011               *s/ R. Parker Semler*
                                      Signature of Party or Attorney for Party

                                      *Attorneys for Plaintiffs*

**NOTICE**
- ✓ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.
- ✓ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.
- ✓ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.