# EXHIBIT H



**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Dated: Mar 12, 2012

Norman D. Haglund
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

FILED Document
CO Denver County District Court 2nd JD
Filing Date: Mar 12, 2012 4:32PM MDT
Filing ID: 43036416
Review Clerk: Rebecca Mesas

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock St., Room 256, Denver, CO 80202<br>(720) 865-8301 | |
| Plaintiffs:<br><br>**PHILIP W. WYERS AND WYERS PRODUCTS GROUP, INC.**<br><br>v.<br><br>Defendants:<br><br>**GREENBERG TRAURIG, LLP; MARK L. HOGGE; LAURA M. KLAUS; AND ROBERT P. CHARROW** | ▲ **COURT USE ONLY** ▲<br><br>Case No: 2011CV8834<br><br>Division: 414 |
| Attorney Name: R. Parker Semler, No. 20985<br>Matthew Nelson, No. 19909 (Of Counsel)<br>Address: Semler & Associates, P.C.<br>1775 Sherman Street, Suite 2015<br>Denver, Colorado 80203<br>Phone Number: (303) 839-1680<br>Fax Number: (303) 839-1642<br>E-mail: parker@semlerlaw.com; matt@semlerlaw.com | |
| **ORDER EXTENDING TIME TO FILE RETURNS OF SERVICE** | |

THIS MATTER comes before the Court on Plaintiffs' Motion for Extension of Time to File Returns of Service, and the Court, being fully advised in the premises and finding cause shown,

HEREBY ORDERS as follows:

1. Plaintiffs' Motion for Extension of Time to File Returns of Service is granted.

2. Plaintiffs shall file Returns of Service by March 31, 2012.

Dated: _____

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| Court: | CO Denver County District Court 2nd JD |
| Judge: | Norman D Haglund |
| Current Date: | Mar 12, 2012 |
| Case Number: | 2011CV8834 |
| Case Name: | WYERS, PHILIP W et al vs. GREENBERG TRAURIG LLP et al |
| Court Authorizer: | Norman D Haglund |

/s/ Judge Norman D Haglund