IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00750-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: May 18, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

PHILIP W. WYERS, *et al*.,  Matthew Nelson
  R. Parker Semler
     Plaintiffs,

v.

LAURA M. KLAUS, *et al*.,  Daniel Sean Smith
  Michael Lloyd Hutchinson
     Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      10:37 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:    **July 2, 2012**

Discovery Cut-off:    **January 31, 2013**

Dispositive Motions deadline:    **March 15, 2013**

Parties shall designate affirmative experts **on or before November 30, 2012**

Parties shall designate rebuttal experts **on or before December 31, 2012**

Each side shall be limited to three (3) expert witnesses (including rebuttal), absent leave of court.

Each side shall be limited to ten (10) depositions (including experts), absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than October 31, 2012**.

**A SETTLEMENT CONFERENCE** was not set.

**FINAL PRETRIAL CONFERENCE** is set for **June 11, 2013 at 9:00 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a five (5) or ten (10) days trial.

- Scheduling Order is signed and entered with interlineations.

The court addresses the parties regarding the defendant's MOTION to Strike , To Restrict Public Access, MOTION for Extension of Time to File Answer or Otherwise Respond (Docket No. 14, filed on 4/18/2012), the plaintiff's RESPONSE to #14 MOTION to Strike , To Restrict Public Access MOTION for Extension of Time to File Answer or Otherwise Respond (Docket No. 18, filed on 5/14/2012), and the defendant's MOTION to Supplement 16 Order Setting Hearing on Motion, #14 MOTION to Strike , To Restrict Public Access MOTION for Extension of Time to File Answer or Otherwise Respond (Docket No. 19, filed on 5/16/2012).

Mr. Hutchinson presents oral argument to court.

Discussion regarding the case before state court, case before the federal court, Local Rule 7.2, Local Rule 7.2(b), inadvertently waiving attorney-client privilege according to Rule 502(b), length of time the information in question has been in the public domain, and related case law.

**ORDERED:** For reasons as stated on the record, the court **GRANTS IN PART and DENIES IN PART** the defendant's MOTION to Strike, To Restrict Public Access, MOTION for Extension of Time to File Answer or Otherwise Respond (Docket No. 14, filed on 4/18/2012).

**ORDERED:** The court shall require that the plaintiff file an amended complaint **no later than May 22, 2012 by 5:00 p.m.** The plaintiff shall remove any specific reference to any specific dollar amounts as well as make no reference to mediation, at all, in this amended complaint. The complaint in its current form shall be restricted to access level 1.

The court advises the defendant that there is nothing that prevents them from moving for restricted status of their answer in accordance with Local Rule 702.

Discussion regarding Rule 8, defendants possibly filing a motion *in limine*, and the filing of a Rule 72 objection.

HEARING CONCLUDED.

**Court in recess:** **12:51 p.m.**
Total time in court:   02:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.