IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:12-cv-00750-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 27, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

*Counsel:*

PHILIP W. WYERS, *et al*.,

Matthew Nelson
R. Parker Semler

     Plaintiffs,

v.

LAURA M. KLAUS, *et al*.,

Meredith Martin Addy
Michael Lloyd Hutchinson
Abby Lynn Parsons

     Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:     9:02 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION to Amend/Correct/Modify
#47 Order on Motion to Stay,,, Order on Appeal of Magistrate Judge Decision to District Court,,
(Docket No. 50, filed on 12/14/2012) that is no longer to Magistrate Judge Shaffer.  The court
advises the parties that this motion shall be ruled on by Chief Judge Daniel.

The court addresses the parties regarding the plaintiff's Unopposed MOTION to
Amend/Correct/Modify #23 Scheduling Order (Docket No. 51, filed on 12/14/2012).

Discussion between the court and the parties regarding the amended complaint, Rule 15
pertaining to filing a motion to dismiss, possible trial dates, setting depositions, experts, how
many depositions each side plans to take, the scheduling conference held on May 18, 2012, and
the current discovery deadlines.

**ORDERED:**   The court **DENIES without prejudice** the plaintiff's Unopposed MOTION to Amend/Correct/Modify #23 Scheduling Order (Docket No. 51, filed on 12/14/2012).

The parties are advised to meet to come up with realistic deadlines and explain how these deadlines were selected.  This information shall be filed with the court in the form of a motion.

The court addresses the parties regarding the defendant's MOTION for Protective Order (Docket No. 44, filed on 11/30/2012) and Magistrate Judge Shaffer's ORDER denying, without prejudice, Defendant's #44 Motion for Protective Order (Docket No. 46, filed on 12/4/2012).

Discussion between the court and the parties regarding the defendant's MOTION for Protective Order (Docket No. 44, filed on 11/30/2012), Rule 408 of the Federal Rules of Evidence, and Rule 26(b)(1).  The court cites relevant case law.  Defense counsel may file another motion seeking a protective order.

Discussion between the court and the parties regarding what written discovery has been completed, Rule 501 of the Federal Rules of Evidence, Rule 26(c), Rule 37(a), Rule 26(g), and Rule 37(a)(5).

HEARING CONCLUDED.

**Court in recess**:       **10:03 a.m.**
Total time in court:     01:01

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.