**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 12-cv-00750-WYD-CBS

PHILIP W. WYERS, et al.

        Plaintiffs,

v.

GREENBERG TRAURIG, LLP, et al.

        Defendants.

_____

**COUNTERCLAIM OF DEFENDANT GREENBERG TRAURIG, LLP
(WITH JURY DEMAND)**
_____

Defendant/Counterclaimant Greenberg Traurig, LLP ("GT"), for its counterclaim against Plaintiffs Philip W. Wyers and Wyers Products Group, Inc., states, alleges and avers as follows:

**JURISDICTION**

1.      This counterclaim for unpaid legal fees and costs is a compulsory counterclaim to Plaintiffs' claim for legal malpractice. *Offices of Jerris Leonard, P.C. v. Mideast Sys., Ltd.*, 111 F.R.D. 359, 361 (D.D.C. 1986); *LaRiviere, Grubman & Payne, LLP, v. Phillips*, 2011 U.S. Dist. LEXIS 13584, at *33-34 (D. Colo. 2011) (Daniel, J.). A compulsory counterclaim need not be supported by independent jurisdiction. *Shump v. Balka*, 574 P.2d 1341, 1346 n.7 (10th Cir. 1978).

2.      Nevertheless, complete diversity exists:

      a.      Plaintiffs are Colorado residents.

b.      Defendant/Counterclaimant GT is a New York limited liability

partnership composed of two partners: a New York corporation and

a Florida corporation. GT thus is a resident of both New York and Florida.

c.      The amount in controversy is $110,837 plus interest.

## FIRST CLAIM FOR RELIEF
### BREACH OF CONTRACT

4.      On or about July 5, 2009, Plaintiffs retained GT to provide legal services.

5.      Plaintiffs agreed to pay GT its hourly fees for services, together with

expenses.

6.      Pursuant to such contract, GT fully performed the agreed-upon legal

services and advanced costs.

7.      Plaintiffs have failed to pay GT $110,837 for legal services rendered and

costs advanced.

8.      Plaintiffs' failure to pay GT in full is a breach of the aforementioned

contract.

9.      As a result of Plaintiffs' breach of contract, GT has incurred damages of

$110,837 plus interest.

WHEREFORE, Defendant/Counterclaimant Greenberg Traurig, LLP, prays for

judgment against Plaintiffs Philip W. Wyers and Wyers Products Group, Inc., jointly and

severally, in an amount to be determined at trial, together with pre-judgment interest

from the date services were provided and/or costs advanced, for the costs of this action,

and for such other and further relief as the Court deems proper.

January 2, 2013

**GT DEMANDS A JURY TRIAL ON ALL ISSUES**

TREECE ALFREY MUSAT P.C.

*s/ * original signature on file*

_____

Michael L. Hutchinson
Treece Alfrey Musat P.C.
999 18th Street, Suite 1600
Denver, CO 80202
Telephone:  303-292-2700
Facsimile:   303-295-0414
hutch@tamlegal.com

and

STEPTOE & JOHNSON LLP
Meredith Martin Addy
Abby L. Parsons
Steptoe & Johnson LLP
115 South LaSalle Street
Chicago, IL 60603
Telephone:  312-577-1251
Facsimile:   312-577-1370
aparsons@steptoe.com
maddy@steptoe.com

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2013, a true and correct copy of the foregoing was filed using the CM/ECF system, which will automatically serve the following via email:

R. Parker Semler, Esq. – parker@semlerlaw.com
Matthew Nelson, Esq. – matt@semlerlaw.com
Andrew Oh-Willeke, Esq. - aowilleke@gmail.com
Semler & Associates, P.C.
1775 Sherman Street, Suite 2015
Denver, Colorado 80203

*s/ original signature on file*

_____

3