IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00750-WYD-CBS

PHILIP W. WYERS, and,
WYERS PRODUCTS GROUP, INC.,

    Plaintiffs,

v.

GREENBERG TRAURIG, LLP;
MARK L. HOGGE;
LAURA M. KLAUS; and,
ROBERT P. CHARROW,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendants' Motion To Modify December 12, 2012 Order To Conform To Record, And To Restrict Public Access [ECF No. 50]. After careful consideration, it is

ORDERED that the defendants' motion [ECF No. 50] is **GRANTED**.  It is

FURTHER ORDERED that Section D of my December 12, 2012, Order [ECF No. 47] entitled "The Defendants' Motion for Extension of Time to Answer Plaintiff's Complaint" is **STRICKEN** from the Order as it was previously worded.  It is

FURTHER ORDERED that the record reflects that the defendants substantially complied with Magistrate Judge Shaffer's May 18, 2012, Amended Courtroom Minutes/Minute Order [ECF No. 24] by filing a Motion to Dismiss [ECF No. 29] on June 7, 2013, as opposed to filing an answer as directed by Magistrate Judge Shaffer.  It is

- 2 -

FURTHER ORDERED that my December 12, 2012, Order shall be restricted at Level 1 restriction. It is

FURTHER ORDERED that the defendants' Motion to Dismiss and Renewed Motion to Strike [ECF No. 29], filed on June 7, 2012, is **DENIED AS MOOT**.

Dated: February 6, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge