IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action:   12-cv-00750-WYD-CBS

Date:   May 31, 2013

FTR - Reporter Deck-Courtroom A402

Courtroom Deputy:   Courtni Covington

*Parties:*

PHILIP W. WYERS, *et al.*,

    Plaintiffs/Counter Defendants,

v.

GREENBERG TRAURIG, LLP, *et al.,*

    Defendants/Counter Claimants.

*Counsel:*

R. Parker Semler

Michael L. Hutchinson

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:**   10:45 a.m.
Court calls case.  Appearances of counsel.

The court addresses the parties regarding **Defendant's Renewed MOTION for a Protective Order** [Doc. No. 60, filed 1/28/2013].  The parties agree no further argument on the motion is needed.

**ORDERED:**    **Defendant's Renewed MOTION for a Protective Order** [Doc. No. 60, filed 1/28/2013] is **GRANTED IN PART** and **DENIED IN PART** for the reasons stated on the record.  The motion is **GRANTED** to the limited extent that it seeks to preclude Plaintiffs from seeking discovery from the federal circuit mediator or Masterlock itself regarding statements or representations made by Wyers or the defendants referring or relating to mediation proceedings that occurred on October 7, 2009.  The federal  mediator nor Masterlock should be the target of discovery requests, depositions, or subpoena duces tecum.  The Motion is **DENIED** in all other respects. Relevant decisions and case law cited.

The court moves next to **Plaintiff's MOTION to Quash Subpoenas Duces Tecum Served on Aaron Bradford and on Lathrop & Gage, LLP** [Doc. No. 84, filed 5/28/2013].
Discussion regarding this motion.  Relevant decisions and case law cited.  The court proposes

Defendant withdraw the subpoenas and that the parties negotiate.  Defendant's counsel states they will withdraw the subpoenas.  Plaintiff makes an oral motion to withdraw their Motion to Quash .

**ORDERED:**               Plaintiff's oral Motion to **WITHDRAW Plaintiff's MOTION to Quash Subpoenas Duces Tecum Served on Aaron Bradford and on Lathrop & Gage, LLP** [Doc. No. 84, filed 5/28/2013] is **GRANTED**.   The court **DENIES** the Motion as moot.

HEARING CONCLUDED.
**Court in recess**:        12:07 p.m.
Total time in court:     01:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.