**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: June 13, 2013 |
| E.C.R./Reporter: Tammy Hoffschildt | |

| | |
|---|---|
| Civil Action No: **12-cv-00750-WYD-CBS** | Counsel: |
| **PHILIP W. WYERS, et al.**, | Matthew Nelson |
| Plaintiffs, | |
| v. | |
| **GREENBERG TRAURIG, LLP, et al.**, | Michael L. Hutchinson |
| Defendants. | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

**11:08 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendants' Second Motion to Dismiss [ECF Doc. No. 56], filed January 2, 2013, is raised for argument.

11:10 a.m.   Argument by Defendants (Mr. Hutchinson).

11:22 a.m.   Argument by Plaintiff (Mr. Nelson).

11:22 a.m.   Argument by Defendants (Mr. Hutchinson).

11:25 a.m.   Argument by Plaintiff (Mr. Nelson).

11:30 a.m.     Argument by Defendants (Mr. Hutchinson).

                 Court makes findings.

**ORDERED:**     Defendants' Second Motion to Dismiss [ECF Doc. No. 56], filed January 2, 2013, is **DENIED.**

11:34 a.m.     Discussion regarding Plaintiffs' oral motion for extension of time to file reply brief to Plaintiffs' Motion for Summary Judgment Regarding Admissibility of Evidence of Mediation Communications [ECF Doc. No. 79], filed April 26, 2013.

**ORDERED:**     Plaintiffs' oral motion for extension of time to file reply brief to Plaintiffs' Motion for Summary Judgment Regarding Admissibility of Evidence of Mediation Communications [ECF Doc. No. 79], filed April 26, 2013, is **GRANTED.**

**ORDERED:**     Plaintiffs shall file their Reply Brief to Plaintiffs' Motion for Summary Judgment Regarding Admissibility of Evidence of Mediation Communications not later than **Tuesday, June 18, 2013.**

**11:35 a.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :27**