Philip W. Wyers and Wyers Product Group, Inc.  
v.  
Greenberg Traurig, LLP, Mark L. Hogge, Laura M. Klaus and Robert P. Charrow

Supplemental Schedule 1

## Mediation Settlement Damages
## Scenario 1

### Assumptions Made

Total Settlement: $ 3,500,000  
~~Post~~ Pre-judgment Interest Rate: 8.00% compounded annually

| | | |
|---|---|---|
| Total Settlement | 10/01/09 | $ 3,500,000 |
| Annual Interest | | 280,000 |
| Total Settlement Plus Interest | 10/01/10 | 3,780,000 |
| Annual Interest | | 302,400 |
| Total Settlement Plus Interest | 10/01/11 | 4,082,400 |
| Annual Interest | | 326,592 |
| Total Settlement Plus Interest | 10/01/12 | 4,408,992 |
| Annual Interest | | 352,719 |
| Total Settlement Plus Interest | 10/01/13 | 4,761,711 |
| Interest (10/01/13 - 03/31/14) | | 188,774 |

Total lost settlement damages including  
interest as of estimated trial date  03/31/14  $ 4,950,485

| | 15,000 Stores | 20,000 Stores | |
|---|---|---|---|
| Total lost settlement damages | $ 4,950,485 | $ 4,950,485 | |
| Total lost and future royalties | 9,357,867 | 12,477,157 | Sch. 3 |
| Plus: Out of Pocket Court Assessed Costs | 106,282 | 106,282 | Sch. 2b |
| Total loss of mediation settlement damages | $ 14,414,634 | $ 17,533,924 | |

Source 1: We received four emails from counsel (two dated May 1, 2013, one dated May 3, 2013, and one dated May 5, 2013) which included the assumptions, rates, and amounts to be used in our calculations. In addition, we were asked to include the total lost and future royalties in this scenario (calculated in Schedule 3).



106  
DEPOSITION EXHIBIT  
PENGAD 800-631-6989

This analysis is for your use solely in connection with the above  
referenced matter and may not be used for any other purpose.

Harper Hofer & Associates, LLC

EXHIBIT 2

Philip W. Wyers and Wyers Product Group, Inc.
v.
Greenberg Traurig, LLP, Mark L. Hogge, Laura M. Klaus and Robert P. Charrow

Supplemental Schedule 2

## Judgment Damages, Including Royalties Awarded and Payment of Assessed Costs
### Scenario 2

|  | 15,000 Stores | 20,000 Stores |  |
|---|---:|---:|---|
| Total Monetary Judgment | $ 11,550,983 | $ 11,550,983 | Sch. 2a |
| Total Lost and Future Royalties | 9,357,867 | 12,477,157 | Sch. 3 |
| Total Judgment Losses | 20,908,851 | 24,028,140 | |
| Plus: Out of Pocket Court Assessed Costs | 106,282 | 106,282 | Sch. 2b |
| **Total Judgment Upheld and Assessed Costs Damages** | **$ 21,015,133** | **$ 24,134,422** | |

This analysis is for your use solely in connection with the above referenced matter and may not be used for any other purpose.

Harper Hofer & Associates, LLC

Philip W. Wyers and Wyers Product Group, Inc.
v.
Greenberg Traurig, LLP, Mark L. Hogge, Laura M. Klaus and Robert P. Charrow

Schedule 2a

## Judgment Upheld Damages

**Assumptions**

| | | |
|---|---|---|
| Total Monetary Judgment: | $ 8,643,135 | |
| Post-judgment Interest (05/28/09 - 07/22/10): | 0.47% compounded annually | |
| Post-judgment Interest (07/22/10 - 03/31/14): | 8.00% compounded annually | |

| | | | |
|---|---|---|---|
| Total Monetary Judgment | 05/28/09 | $ | 8,643,135 |
| Annual Interest | | | 40,623 |
| Total Monetary Judgment Plus Interest | 05/28/10 | | 8,683,757 |
| Interest (05/28/10 - 07/22/10) | | | 6,146 |
| Total Monetary Judgment Plus Interest | 07/22/10 | | 8,689,903 |
| Annual Interest | | | 695,192 |
| Total Monetary Judgment Plus Interest | 07/22/11 | | 9,385,095 |
| Annual Interest | | | 750,808 |
| Total Monetary Judgment Plus Interest | 07/22/12 | | 10,135,903 |
| Annual Interest | | | 810,872 |
| Total Monetary Judgment Plus Interest | 07/22/13 | | 10,946,775 |
| Interest (07/22/13 - 03/31/14) | | | 604,208 |
| **Total Monetary Judgment Including Interest** | **03/31/14** | **$** | **11,550,983** |

Source 1: We received four emails from counsel (two dated May 1, 2013, one dated May 3, 2013, and one dated May 5, 2013) which included the assumptions, rates, and amounts to be used in our calculations.

This analysis is for your use solely in connection with the above referenced matter and may not be used for any other purpose.

Harper Hofer & Associates, LLC

Schedule 2b

Philip W. Wyers and Wyers Product Group, Inc.
v.
Greenberg Traurig, LLP, Mark L. Hogge, Laura M. Klaus and Robert P. Charrow

## Costs Assessed Against Wyers

### Assumptions

| | |
|---|---|
| Total Judgment Cost: | $ 88,215 |
| Payment Amount: | $ 29,405 |
| Payment Dates: | 10/01/11, 11/01/11, and 12/01/11 |
| Post-judgment Interest Rate: | 8% compounded annually |

### Payment 1

| | | |
|---|---|---|
| Payment | 10/01/11 | $ 29,405 |
| Annual interest | | 2,352 |
| Payment plus interest | 10/01/12 | 31,757 |
| Annual interest | | 2,541 |
| Payment plus interest | 10/01/13 | 34,298 |
| Interest (10/01/13 - 03/31/14) | | 1,360 |
| **Total payment including interest** | **03/31/14** | **$ 35,658** |

### Payment 2

| | | |
|---|---|---|
| Payment | 11/01/11 | $ 29,405 |
| Annual interest | | 2,352 |
| Payment plus interest | 11/01/12 | 31,757 |
| Annual interest | | 2,541 |
| Payment plus interest | 11/01/13 | 34,298 |
| Interest (11/01/13 - 03/31/14) | | 1,127 |
| **Total payment including interest** | **03/31/14** | **$ 35,425** |

### Payment 3

| | | |
|---|---|---|
| Payment | 12/01/11 | $ 29,405 |
| Annual interest | | 2,352 |
| Payment plus interest | 12/01/12 | 31,757 |
| Annual interest | | 2,540.59 |
| Payment plus interest | 12/01/13 | 34,298 |
| Interest (12/01/13 - 03/31/14) | | 901 |
| **Total payment including interest** | **03/31/14** | **$ 35,199** |

**Total payments including interest $ 106,282**

Source 1: We received four emails from counsel (two dated May 1, 2013, one dated May 3, 2013, and one dated May 5, 2013) which included the assumptions, rates, and amounts to be used in our calculations.

This analysis is for your use solely in connection with the above referenced matter and may not be used for any other purpose.

Harper Hofer & Associates, LLC

Philip W. Wyers and Wyers Product Group, Inc.
v.
Greenberg Traurig, LLP, Mark L. Hogge, Laura M. Klaus and Robert P. Charrow

Supplemental Schedule 3

**Royalties Awarded**

| | | |
|---|---:|---:|
| Number of stores: | 15,000 | 20,000 |
| Sales per quarter per store: | 13 | |
| Sales price per unit: | $7.25 | |
| Royalty: | 24% | |
| Prime rate 03/31/08: | 5.25% | |
| Prime rate 06/30/08: | 5.00% | |
| Prime rate 09/30/08: | 5.00% | |
| Prime rate 12/31/08 forward: | 3.25% | |

| | 15,000 Stores | | | | | | 20,000 Stores | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | Sales | Royalty | Cumulative Royalty & Annual Interest | Interest | Cumulative Interest | Cumulative Total Due | Sales | Royalty | Cumulative Royalty & Annual Interest | Interest | Cumulative Interest | Cumulative Total Due |
| Q1 2008 | $1,413,750 | $339,300 | $339,300 | $0 | $0 | $339,300 | $1,885,000 | $452,400 | $452,400 | $0 | $0 | $452,400 |
| Q2 2008 | 1,413,750 | 339,300 | 678,600 | 4,453 | 4,453 | 683,053 | 1,885,000 | 452,400 | 904,800 | 5,938 | 5,938 | 910,738 |
| Q3 2008 | 1,413,750 | 339,300 | 1,017,900 | 8,483 | 12,936 | 1,026,383 | 1,885,000 | 452,400 | 1,357,200 | 11,310 | 17,248 | 1,368,510 |
| Q4 2008 | 1,413,750 | 339,300 | 1,357,200 | 12,724 | 25,660 | 1,369,924 | 1,885,000 | 452,400 | 1,809,600 | 16,965 | 34,213 | 1,826,565 |
| Total 2008 | | | | 25,660 | | | | | | 34,213 | | |
| Q1 2009 | 1,413,750 | 339,300 | 1,722,160 | 11,027 | 36,687 | 1,733,187 | 1,885,000 | 452,400 | 2,296,213 | 14,703 | 48,916 | 2,310,916 |
| Q2 2009 | 1,413,750 | 339,300 | 2,061,460 | 13,993 | 50,679 | 2,075,452 | 1,885,000 | 452,400 | 2,748,613 | 18,657 | 67,572 | 2,767,269 |
| Q3 2009 | 1,413,750 | 339,300 | 2,400,760 | 16,749 | 67,429 | 2,417,509 | 1,885,000 | 452,400 | 3,201,013 | 22,332 | 89,905 | 3,223,345 |
| Q4 2009 | 1,413,750 | 339,300 | 2,740,060 | 19,506 | 86,935 | 2,759,566 | 1,885,000 | 452,400 | 3,653,413 | 26,008 | 115,913 | 3,679,421 |
| Total 2009 | | | | 61,275 | | | | | | 81,700 | | |
| Q1 2010 | 1,413,750 | 339,300 | 3,140,635 | 22,263 | 109,198 | 3,162,898 | 1,885,000 | 452,400 | 4,187,513 | 29,684 | 145,597 | 4,217,197 |
| Q2 2010 | 1,413,750 | 339,300 | 3,479,935 | 25,518 | 134,716 | 3,505,453 | 1,885,000 | 452,400 | 4,639,913 | 34,024 | 179,621 | 4,673,937 |
| Q3 2010 | 1,413,750 | 339,300 | 3,819,235 | 28,274 | 162,990 | 3,847,509 | 1,885,000 | 452,400 | 5,092,313 | 37,699 | 217,320 | 5,130,012 |
| Q4 2010 | 1,413,750 | 339,300 | 4,158,535 | 31,031 | 194,021 | 4,189,566 | 1,885,000 | 452,400 | 5,544,713 | 41,375 | 258,695 | 5,586,088 |
| Total 2010 | | | | 107,086 | | | | | | 142,782 | | |
| Q1 2011 | 1,413,750 | 339,300 | 4,604,921 | 33,788 | 227,809 | 4,638,709 | 1,885,000 | 452,400 | 6,139,895 | 45,051 | 303,746 | 6,184,946 |
| Q2 2011 | 1,413,750 | 339,300 | 4,944,221 | 37,415 | 265,224 | 4,981,636 | 1,885,000 | 452,400 | 6,592,295 | 49,887 | 353,632 | 6,642,182 |
| Q3 2011 | 1,413,750 | 339,300 | 5,283,521 | 40,172 | 305,396 | 5,323,693 | 1,885,000 | 452,400 | 7,044,695 | 53,562 | 407,195 | 7,098,257 |
| Q4 2011 | 1,413,750 | 339,300 | 5,622,821 | 42,929 | 348,325 | 5,665,750 | 1,885,000 | 452,400 | 7,497,095 | 57,238 | 464,433 | 7,554,333 |
| Total 2011 | | | | 154,303 | | | | | | 205,738 | | |
| Q1 2012 | 1,413,750 | 339,300 | 6,116,425 | 45,685 | 394,010 | 6,162,110 | 1,885,000 | 452,400 | 8,155,233 | 60,914 | 525,347 | 8,216,147 |
| Q2 2012 | 1,413,750 | 339,300 | 6,455,725 | 49,696 | 443,706 | 6,505,421 | 1,885,000 | 452,400 | 8,607,633 | 66,261 | 591,608 | 8,673,894 |
| Q3 2012 | 1,413,750 | 339,300 | 6,795,025 | 52,453 | 496,159 | 6,847,478 | 1,885,000 | 452,400 | 9,060,033 | 69,937 | 661,545 | 9,129,970 |
| Q4 2012 | 1,413,750 | 339,300 | 7,134,325 | 55,210 | 551,368 | 7,189,534 | 1,885,000 | 452,400 | 9,512,433 | 73,613 | 735,158 | 9,586,046 |
| Total 2012 | | | | 203,044 | | | | | | 270,725 | | |
| Q1 2013 | 1,413,750 | 339,300 | 7,676,668 | 57,966 | 609,335 | 7,734,635 | 1,885,000 | 452,400 | 10,235,558 | 77,289 | 812,447 | 10,312,847 |
| Q2 2013 | 1,413,750 | 339,300 | 8,015,968 | 62,373 | 671,708 | 8,078,341 | 1,885,000 | 452,400 | 10,687,958 | 83,164 | 895,610 | 10,771,122 |
| Q3 2013 | 1,413,750 | 339,300 | 8,355,268 | 65,130 | 736,838 | 8,420,398 | 1,885,000 | 452,400 | 11,140,358 | 86,840 | 982,450 | 11,227,198 |
| Q4 2013 | 1,413,750 | 339,300 | 8,694,568 | 67,887 | 804,724 | 8,762,455 | 1,885,000 | 452,400 | 11,592,758 | 90,515 | 1,072,965 | 11,683,273 |
| Total 2013 | | | | 253,356 | | | | | | 337,807 | | |
| Q1 2014 | 1,413,750 | 339,300 | 9,287,224 | 70,643 | 875,367 | 9,357,867 | 1,885,000 | 452,400 | 12,382,965 | 94,191 | 1,167,157 | 12,477,157 |
| | | 8,482,500 | 9,287,224 | 875,367 | 875,367 | 9,357,867 | | 11,310,000 | 12,382,965 | 1,167,157 | 1,167,157 | 12,477,157 |
| Total lost and future royalties including interest | | | | | | $9,357,867 | | | | | | $12,477,157 |

| | 15,000 Stores | 20,000 Stores |
|---|---:|---:|
| Total royalties | $8,482,500 | $11,310,000 |
| Divided by number of periods | 6.25 | 6.25 |
| Royalties for one year | $1,357,200 | $1,809,600 |

Source 1: We received four emails from counsel (two dated May 1, 2013, one dated May 3, 2013, and one dated May 5, 2013) which included the assumptions, rates, and amounts to be used in our calculations.
Source 2: Prime rates are based on the daily bank prime loan rates as published in the Federal Reserve Statistical Release.
Note: For the purposes of this calculation, it is assumed that royalty interest is paid at the end of the quarter following the quarter in which it was earned.

This analysis is for your use solely in connection with the above referenced matter and may not be used for any other purpose.

Harper Hofer & Associates, LLC