**Matt Nelson**

| | |
|---|---|
| **From:** | Matt Nelson <matt@semlerlaw.com> |
| **Sent:** | Wednesday, May 01, 2013 12:47 PM |
| **To:** | Melinda Harper (harper@HarperHofer.com) |
| **Cc:** | Philip Wyers <philipwyers@aol.com> (philipwyers@aol.com) |
| **Subject:** | Wyers v. Greenberg Traurig |

We have two theories of damages in the case against Greenberg Traurig and the three individual defendants:

1. But for the defendants' negligence, the case against Master Lock would have settled at mediation on October 7, 2009 or shortly thereafter.

2. But for the defendants' negligence, the judgment that Wyers was awarded by the trial court against Master Lock would have been upheld by the appellate court

To make our trial presentation, we will need calculations in the following four areas:.

Settlement at Mediation

For calculating the damages based on Scenario No. 1, please assume the following:

Wyers and Master Lock would have settled for $3,500,000 at or shortly after the mediation on October 7, 2009

Master Lock would have paid the settlement in a lump sum on December 1, 2009

Please calculate interest on the settlement amount at the rate of 8%, compounded annually, through an estimated trial date of 03/31/14. As I mentioned, we do not yet have a trial date and probably will not have one until mid-November.

Judgment Upheld

For calculating the damages based on Scenario No. 2, please assume the following:

On May 28, 2009, the trial court entered judgment in Wyers' favor for $5,350,000 in past damages and $1,137,920 in prejudgment interest for a total money judgment of $6,487,920.

Please calculate post-judgment interest on this amount from May 28, 2009 through July 22, 2010 at the rate of 0.47% compounded annually. That is the rate set forth in the Judgment that the Court entered in the Master Lock case on May 28, 2009.

After July 22, 2010, please calculate interest on the accumulated amount at the rate of 8%, compounded annually, through an estimated trial date of 03/31/14.

Future Royalties

In addition to the money judgment entered on May 28, 2009, the trial court also granted Wyers a 24% royalty for any infringing products. We believe that the same royalty rate would be awarded against other infringers. Therefore, please assume the following for calculating the amount of the royalty from January 1, 2008 through March 31, 2014, the estimated trial date:



DEPOSITION EXHIBIT 103

EXHIBIT 5

1

WGT018634

The infringing product sells in approximately 15,000 to 20,000 stores.

Each store sells 1 unit per week for each of the 52 weeks of the year.

The unit price is $7.25.

The royalty rate is 24%.

Assume that an equal amount in royalties would have been paid quarterly from the first quarter of 2008. Interest on those lost royalties should be calculated at the prime rate in effect at the end of each quarter from January 1, 2008 through March 31, 2014. This is the rate and means of calculation that the Court adopted in the Master Lock case in an Order entered on May 12, 2009.

Please calculate lost royalties based on 15,000 stores and 20,000 stores.

The royalty will also extend into the future. We will provide you more guidance in this regard shortly.

In addition, it would be appropriate for you to reserve your right to supplement your calculation as more detailed sales information becomes available.

Master Lock's Litigation Costs

Because the case was reversed on appeal and judgment was entered in favor of Master Lock, Wyers was also required to pay Master Lock's litigation costs. Wyers is also entitled to recover those amounts as damages.

For purposes of calculating these damages, please assume the following:

The judgment for costs in the amount of $88,214.94 entered against Wyers on January 27, 2011.

Wyers paid this judgment in three equal installments on October 1, 2011, November 1, 2011 and December 1, 2011.

Interest on the amounts that Wyers had to pay Master Lock for costs should be calculated at the rate of 8% compounded annually.

Very truly yours,

Matthew Nelson
Semler & Associates, P.C.
1775 Sherman Street, Suite 2015
Denver, CO 80203
(303) 839-1680, x208
(303) 839-1642 - Fax
matt@semlerlaw.com
website: http://coloradorealestatelawyer.org/

The information and any attachments contained in this email message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination or copying is strictly prohibited. If you think that you may have received this email message in error, please notify the sender at the email address above. If you have received this email in error, you are instructed to delete all copies and discard any printouts without reading the information contained within.

WGT018636