**Matt Nelson**

| | |
|---|---|
| From: | Matt Nelson <matt@semlerlaw.com> |
| Sent: | Friday, May 03, 2013 1:00 PM |
| To: | 'Melinda Harper' |
| Subject: | RE: Prime rate source? |
| Attachments: | Interest on Roylaties (From Mark Pedigo in Underlying Case).pdf |

In his 05/12/09 Order, Judge Babcock granted Phil's Motion for Pre-Judgment Interest, awarding pre-judgment interest on lost royalties at the prime rate. Although he did not specify the source of the prime rate in his Order, the amount that he awarded, $1,137,920, comes from interest calculations performed by Mark Pedigo that Phil attached to his Motion. The pertinent pages from Mark's report are attached. As you can see from his footnote A on page 18 of 20, he used the prime rate published by the Federal Reserve on its official website.

In his Motion for Pre-Judgment Interest, Phil also asked that interest on royalties be compounded annually, and Mark's calculation of the total amount of interest is based on annual compounding. Although Judge Babcock did not specify annual compounding in his 05/12/09 Order, by awarding the amount that Phil requested and Mark calculated, he implicitly found that annual compounding was reasonable and appropriate. Accordingly, please compound interest on royalties annually.

-----Original Message-----
From: Melinda Harper [mailto:harper@HarperHofer.com]
Sent: Friday, May 03, 2013 11:40 AM
To: Matthew Nelson Esq.
Cc: Jenna Klos
Subject: Prime rate source?

We also need clarification on what you referenced in your May 1st email as "the prime rate in effect at the end of the quarter". You tell us it came from the Order entered on 5/12/09 in the Master Lock. Typically there is a specific prime rate being referenced, like the Wall Street Journal, or Wells Fargo.

Thanks
Melinda Harper


Sent from my Mobile Office
Melinda Harper
303-486-0012
harper@harperhofer.com
www.MoneyTalksWeTranslate.com


DEPOSITION EXHIBIT 104

1

WGT018637

**EXHIBIT 6**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

## Philip W. Wyers, et al. v. Master Lock Company     Exhibit B

*Summary of Prejudgment Interest Calculation*

|  | Note Ref. |  |  |
|---|---|---|---|
| Damage Award | [B] | $ | 5,350,000 |
| Prejudgment Interest for the Period of January 6, 2004 through April 3, 2009 | [A] | $ | 1,137,920 |
| Total Damages plus Prejudgment Interest |  | $ | 6,487,920 |

**Notes:**
[A] See *Exhibit B-2*.
[B] Court Minutes dated March 11, 2009.

WGT018638

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# Philip W. Wyers, et al. v. Master Lock Company

**Exhibit B-1**

*Summary of Interest Rates*

| Period | Prime Rate [A] |
|---|---|
| 2004 | 4.34% |
| 2005 | 6.19% |
| 2006 | 7.96% |
| 2007 | 8.05% |
| 2008 | 5.09% |
| 1/1/09-4/3/09 | 3.25% |
| Average | 5.81% |

**Notes:**
[A] Source: http://www.federalreserve.gov/releases/H15/data.htm.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**Philip W. Wyers, et al. v. Master Lock Company**  Exhibit B-2
*Calculation of Prejudgment Interest Based on Annual Prime Rate (See Exhibit B-1)*

| Month | Infringing Product Sales [C] | Royalty @ 22% [A] | 1/6/04 - 12/31/04 | 2005 | 2006 | 2007 | 2008 | 1/1/09 - 4/3/09 | Total |
|---|---|---|---|---|---|---|---|---|---|
| January 2004 [B] | $ 232,370 | $ 51,624 | | | | | | | |
| February 2004 | 441,447 | 98,072 | | | | | | | |
| March 2004 | 363,037 | 80,653 | | | | | | | |
| April 2004 | 446,281 | 99,146 | | | | | | | |
| May 2004 | 555,499 | 123,410 | | | | | | | |
| June 2004 | 356,778 | 79,262 | | | | | | | |
| July 2004 | 533,233 | 118,484 | | | | | | | |
| August 2004 | 334,438 | 74,299 | | | | | | | |
| September 2004 | 296,722 | 65,920 | | | | | | | |
| October 2004 | 326,143 | 72,456 | | | | | | | |
| November 2004 | 452,429 | 100,512 | | | | | | | |
| December 2004 | 278,433 | 61,857 | | | | | | | |
| Total 2004 | $ 4,616,810 | $1,025,677 | $21,952 | $ 64,848 | $ 88,553 | $ 96,683 | $ 66,054 | $ 11,172 | $ 349,262 |
| January 2005 | $ 518,087 | $ 115,099 | | | | | | | |
| February 2005 | 362,933 | 80,630 | | | | | | | |
| March 2005 | 436,458 | 96,964 | | | | | | | |
| April 2005 | 946,570 | 210,291 | | | | | | | |
| May 2005 | 655,151 | 145,549 | | | | | | | |
| June 2005 | 555,093 | 123,320 | | | | | | | |
| July 2005 | 748,591 | 166,308 | | | | | | | |
| August 2005 | 444,342 | 98,716 | | | | | | | |
| September 2005 | 414,811 | 92,155 | | | | | | | |
| October 2005 | 496,940 | 110,401 | | | | | | | |
| November 2005 | 421,011 | 93,532 | | | | | | | |
| December 2005 | 355,675 | 79,017 | | | | | | | |
| Total 2005 | $ 6,355,662 | $1,411,983 | | $ 43,701 | $115,872 | $126,510 | $ 86,432 | $ 14,618 | $ 387,133 |
| January 2006 | $ 508,148 | $ 112,891 | | | | | | | |
| February 2006 | 604,167 | 134,223 | | | | | | | |
| March 2006 | 549,062 | 121,980 | | | | | | | |
| April 2006 | 735,736 | 163,452 | | | | | | | |
| May 2006 | 569,875 | 126,604 | | | | | | | |
| June 2006 | 503,876 | 111,942 | | | | | | | |
| July 2006 | 756,619 | 168,092 | | | | | | | |
| August 2006 | 579,111 | 128,656 | | | | | | | |
| September 2006 | 467,838 | 103,936 | | | | | | | |
| October 2006 | 491,667 | 109,229 | | | | | | | |
| November 2006 | 369,137 | 82,008 | | | | | | | |
| December 2006 | 302,783 | 67,267 | | | | | | | |
| Total 2006 | $ 6,438,019 | $1,430,279 | | | $ 56,925 | $119,720 | $ 81,792 | $ 13,834 | $ 272,271 |
| January 2007 | $ 512,369 | $ 113,829 | | | | | | | |
| February 2007 | 837,575 | 186,077 | | | | | | | |
| March 2007 | 380,348 | 84,499 | | | | | | | |
| April 2007 | 527,590 | 117,210 | | | | | | | |
| May 2007 | 447,171 | 99,344 | | | | | | | |
| June 2007 | 457,167 | 101,565 | | | | | | | |
| July 2007 | 528,217 | 117,349 | | | | | | | |
| August 2007 | 371,822 | 82,605 | | | | | | | |
| September 2007 | 317,724 | 70,586 | | | | | | | |
| October 2007 | 383,019 | 85,092 | | | | | | | |
| November 2007 | 280,208 | 62,251 | | | | | | | |
| December 2007 | 184,256 | 40,935 | | | | | | | |
| Total 2007 | $ 5,227,466 | $1,161,341 | | | | $ 46,744 | $ 61,492 | $ 10,400 | $ 118,636 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Philip W. Wyers, et al. v. Master Lock Company     Exhibit B-2

Calculation of Prejudgment Interest Based on Annual Prime Rate (See Exhibit B-1)

| Month | Infringing Product Sales [C] | Royalty @ 22% [A] | 1/6/04 - 12/31/04 | 2005 | 2006 | 2007 | 2008 | 1/1/09 - 4/3/09 | Total |
|---|---|---|---|---|---|---|---|---|---|
| January 2008 | $ 157,907 | $ 35,081 | | | | | | | |
| February 2008 | 177,214 | 39,370 | | | | | | | |
| March 2008 | 171,964 | 38,204 | | | | | | | |
| April 2008 | 190,110 | 42,235 | | | | | | | |
| May 2008 | 133,725 | 29,708 | | | | | | | |
| June 2008 | 131,499 | 29,214 | | | | | | | |
| July 2008 | 116,503 | 25,882 | | | | | | | |
| August 2008 | 93,866 | 20,853 | | | | | | | |
| September 2008 | 85,850 | 19,073 | | | | | | | |
| October 2008 | 70,612 | 15,687 | | | | | | | |
| November 2008 | 37,590 | 8,351 | | | | | | | |
| December 2008 | 34,978 | 7,771 | | | | | | | |
| Total 2008 | $ 1,401,816 | $ 311,429 | | | | | $ 7,926 | $ 2,616 | $ 10,542 |
| January 2009 | $ 41,820 | $ 9,291 | | | | | | $ 76 | $ 76 |
| Total | $ 24,081,593 | $ 5,350,000 | $ 21,952 | $ 108,549 | $ 261,351 | $ 389,657 | $ 303,695 | $ 52,716 | $ 1,137,920 |

Notes:

[A] The approximate reasonable royalty rate was calculated by dividing the jury verdict damages reasonable royalty damages award of $5,350,000 by the total infringing product sales for the period January 6, 2004 thorough January 31, 2009.

[B] The first of the three infringed patents was issued on January 6, 2004, therefore, total infringing product sales for January 2004 of $277,056 were divided by 31 and multiplied by 26 to approximate infringing product sales for the period January 6, 2004 through January 31, 2004.

[C] Infringing product sales information for January 2004 through January 2009 was obtained from a Master Lock Excel schedule entitled "Product Financial Information 2002 to Jan 2009 - Domestic Only"

WGT018641