## Matt Nelson

| | |
|---|---|
| **From:** | Matt Nelson <matt@semlerlaw.com> |
| **Sent:** | Sunday, May 05, 2013 5:58 PM |
| **To:** | 'Melinda Harper' |
| **Subject:** | RE: Future Royalties/Profits |

Sorry. I made one error in the wording of the assumption that I just sent you. Please use this assumption.

Please also assume that after March 31, 2014, Wyers would either have the exclusive right to sell the infringing products at a 24% profit margin or to continue to collect a 24% royalty from licensees. Please calculate a one-year profit by dividing the total royalty amount that you calculated for the period from January 1, 2008 through March 31, 2014 by 5.25 without regard to interest rates, discount rates or present value calculations.

---

**From:** Melinda Harper [mailto:harper@HarperHofer.com]
**Sent:** Sunday, May 05, 2013 5:35 PM
**To:** Matt Nelson
**Subject:** RE: Future Royalties/Profits

Thanks!

**Melinda Harper, CPA/ABV/CFF, CFE**

**harperHofer**

& A S S O C I A T E S   L L C

office: 303.486.0012
cell: 303.478.9779
harper@HarperHofer.com

This email may contain information that is confidential. If the reader of this message is not the intended recipient, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

---

**From:** Matt Nelson [mailto:matt@semlerlaw.com]
**Sent:** Sunday, May 05, 2013 5:33 PM
**To:** Melinda Harper
**Subject:** Future Royalties/Profits

With respect to future damages, please also assume that after March 31, 2014, Wyers would either have the exclusive right to sell the infringing products at a 24% profit margin or to continue to collect a 24% royalty from infringers. Please calculate a one-year profit by dividing the total royalty amount that you calculated for the period from January 1, 2008 through March 31, 2014 by 5.25 without regard to interest rates, discount rates or present value calculations.

This will be the final assumption that you need to complete your report.

Very truly yours,

Matthew Nelson
Semler & Associates, P.C.
1775 Sherman Street, Suite 2015
Denver, CO 80203



PENGAD 800-631-6989

_105_
**DEPOSITION
EXHIBIT**

1

WGT018642

## EXHIBIT 7

(303) 839-1680, x208
(303) 839-1642 - Fax
matt@semlerlaw.com
website: http://coloradorealestatelawyer.org/

The information and any attachments contained in this email message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination or copying is strictly prohibited. If you think that you may have received this email message in error, please notify the sender at the email address above. If you have received this email in error, you are instructed to delete all copies and discard any printouts without reading the information contained within.

WGT018643