IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00750-WYD-CBS

PHILIP W. WYERS; and
WYERS PRODUCTS GROUP, INC.

    Plaintiffs,

v.

GREENBERG TRAURIG, LLP;
MARK L. HOGGE;
LAURA M. KLAUS; and
ROBERT P. CHARROW,

    Defendants.

## ORDER AMENDING MINUTE ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court on the Minute Order (ECF No. 171), filed December 30, 2014, which set forth a briefing schedule for the Defendants' Motion To Strike Jury Demand On Issue Of Causation For Appellate Briefing Claim (ECF No. 149) and the Motions *In Limine* (ECF Nos. 150 and 151), filed July 1, 2014.   Due to confirmed trial settings during each week of February 2015, the Final Trial Preparation Conference set for Thursday, February 19, 2015 must be reset and the briefing schedule must be amended so that the motions (ECF Nos. 149, 150, and 151) can be argued during the Final Trial Preparation Conference.   In other words, oral argument on all pending motions will occur at the Final Trial Preparation Conference.   Therefore, it is

ORDERED that the Final Trial Preparation Conference set for Thursday, February 19, 2015 is **VACATED** and **RESET** for **Friday, January 30, 2015, at 10:00 a.m.**   It is

FURTHER ORDERED that responses to each motion (ECF Nos. 149, 150, and 151) are now due on or before **Friday, January 16, 2015.** Replies shall be filed on or before **Friday, January 23, 2015**. It is

FURTHER ORDERED that no extensions or modifications to the foregoing hearing date and filing deadlines will be considered absent extraordinary and unforeseen circumstances.

Dated: January 7, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge