**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 30, 2015 |
| E.C.R./Reporter:   Mary George | |

Civil Action No: **12-cv-00750-WYD-CBS**          Counsel:

**PHILIP W. WYERS and**                                          R. Parker Semler
**WYERS PRODUCTS GROUP, INC.**,                Matthew Nelson

       Plaintiffs,

v.

**GREENBERG TRAURIG, LLP;**                         Michael L. Hutchinson
**MARK L. HOGGE;**                                             Taras A. Gracey
**LAURA M. KLAUS; and**                                   Katharine A. Jensen
**ROBERT P. CHARROW**,

       Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**10:02 a.m.**       Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

**ORDERED:**   Joint Status Report and Motion for Extension of Time to Finalize Stipulated Jury Instructions, Special Verdict Forms, and Exhibit Lists [ECF Doc. No. 187], filed January 28, 2015, is **GRANTED.**

| | |
|---|---|
| **ORDERED:** | Plaintiffs' request to allow their economic loss expert, Melinda Harper, to update her calculation of Plaintiffs' damages as contained in Plaintiffs' Advisement of Issues and Motions that Require Resolution Prior to or at Trial [ECF Doc. No. 186], filed January 28, 2015, is **GRANTED.** |
| 10:12 a.m. | Discussion regarding request by Plaintiff to add Susan Harvey as a witness at trial. |
| **ORDERED:** | Plaintiffs' request to add Susan Harvey as a witness at trial is **DENIED WITHOUT PREJUDICE.** |
| **ORDERED:** | Counsel shall meet and confer on the issue of adding Susan Harvey as a witness at trial and Plaintiff may file a written motion. |
| | Defendants' Motion in Limine to Exclude Expert Testimony of Melinda M. Harper [ECF Doc. 144], filed June 2, 2014, is raised for argument. |
| 10:16 a.m. | Argument by Defendants (Mr. Gracey). |
| **ORDERED:** | Defendants' Motion in Limine to Exclude Expert Testimony of Melinda M. Harper [ECF Doc. 144], filed June 2, 2014, is **DEFERRED.** |
| | Defendants' Motion to Strike Jury Demand on Issue of Causation for Appellate Briefing Claim [ECF Doc. No. 149], filed July 1, 2014, and Defendants' Motion in Limine to Preclude Expert Opinion Testimony on Issue of Causation for Appellate Briefing Claim [ECF Doc. No. 150], filed July 1, 2014 are raised for argument. |
| 10:26 a.m. | Argument by Defendants (Mr. Hutchinson). |
| 10:37 a.m. | Argument by Plaintiffs (Mr. Semler). |
| **ORDERED:** | Defendants' Motion to Strike Jury Demand on Issue of Causation for Appellate Briefing Claim [ECF Doc. No. 149], filed July 1, 2014, is **GRANTED.** |
| **ORDERED:** | Defendants' Motion in Limine to Preclude Expert Opinion Testimony on Issue of Causation for Appellate Briefing Claim [ECF Doc. No. 150], filed July 1, 2014, is **GRANTED.** |
| | Plaintiffs' Motion in Limine to Admit Evidence of Mediation Communications [ECF Doc. No. 151], filed July 1, 2014, is raised for argument. |
| 10:59 a.m. | Argument by Plaintiffs (Mr. Semler). |
| 11:07 a.m. | Argument by Defendants (Mr. Hutchinson). |

| | |
|---|---|
| 11:09 a.m. | Argument by Plaintiffs (Mr. Semler). |
| **ORDERED:** | Plaintiffs' Motion in Limine to Admit Evidence of Mediation Communications [ECF Doc. No. 151], filed July 1, 2014, is **DENIED WITHOUT PREJUDICE.** |
| **ORDERED:** | Counsel shall meet and confer on the issue of admitting evidence of mediation communications. |
| **ORDERED:** | Plaintiffs shall file another motion in limine not later than **Wednesday, February 18, 2015.** |
| **ORDERED:** | Defendants shall respond to motion in limine not later than **Wednesday, February 25, 2015.** |
| **ORDERED:** | Counsel shall file stipulated jury instructions, joint statement of the case jury instruction, special verdict forms, witness lists and exhibit lists not later than **Wednesday, February 18, 2015.** |
| **ORDERED:** | Counsel shall contact chambers to schedule a Daubert hearing and a further trial preparation conference. |
| 11:25 a.m. | Discussion regarding trial schedule and Court outlines jury selection process. |
| 11:38 a.m. | Discussion regarding settlement discussions. |
| **11:39 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME: 1:37**