IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00750-WYD-CBS

PHILIP W. WYERS; and
WYERS PRODUCTS GROUP, INC.

     Plaintiffs,

v.

GREENBERG TRAURIG, LLP;
MARK L. HOGGE;
LAURA M. KLAUS; and
ROBERT P. CHARROW,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Plaintiffs' Unopposed Motion to Amend Final Pretrial Order to Extend Time to Provide Trial Exhibits to Opposing Counsel by Two Business Days (ECF No. 205), filed February 20, 2015, is **GRANTED**.   Plaintiffs shall provide copies of their trial exhibits to Defendants' counsel not later than **February 24, 2015**.

     Dated:   February 20, 2015.