**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  March 4, 2015 |
| E.C.R./Reporter:  Mary George | |

Civil Action No: **12-cv-00750-WYD-CBS**        <u>Counsel:</u>

**PHILIP W. WYERS** and                                  R. Parker Semler
**WYERS PRODUCTS GROUP, INC.**,              Matthew Nelson

        Plaintiffs,

v.

**GREENBERG TRAURIG, LLP;**                       Michael L. Hutchinson
**MARK L. HOGGE;**                                          Taras A. Gracey
**LAURA M. KLAUS;** and
**ROBERT P. CHARROW**,

        Defendants.

**COURTROOM MINUTES**

**DAUBERT HEARING**

**9:34 a.m.**       Court in Session

                APPEARANCES OF COUNSEL.

                Court's opening remarks.

9:35 a.m.        Discussion regarding jury instructions and exhibits.

**ORDERED:**   Parties shall file revised jury instructions, with maximum agreement on stipulated jury instructions, not later than **Wednesday, March 11, 2015.**

                Defendants' Motion to Exclude Expert Testimony of Melinda M. Harper [ECF Doc. No. 144], filed June 2, 2014, is raised for argument.

| | |
|---|---|
| 9:40 a.m. | Plaintiffs' witness **Melinda Marion Harper** sworn. |
| | Direct examination by Plaintiffs (Mr. Semler). |
| | *EX ID:* 1, 3 |

**Exhibit(s) 1, 3 (except for page 1) RECEIVED.**

| | |
|---|---|
| 10:43 a.m. | Cross examination by Defendants (Mr. Gracey). |
| **11:00 a.m.** | Court in Recess |
| **11:21 a.m.** | Court in Session |
| | Defendant's witness **Melinda Marion Harper** resumes. |
| | Cross examination by Defendants continues (Mr. Gracey). |
| | *EX ID:* 1 |
| 11:46 a.m. | Re-Direct examination by Plaintiffs (Mr. Semler). |
| 11:53 a.m. | Court outlines areas to be raised in arguments later today. |
| **12:01 p.m.** | Court in Recess |
| **1:37 p.m.** | Court in Session |
| 1:38 p.m. | Defendant's witness **Ambreen Salters** sworn. |
| | Direct examination by Defendants (Mr. Gracey). |
| | **Witness tendered and accepted as an expert.** |
| 2:07 p.m. | Cross examination by Plaintiffs (Mr. Semler). |
| 2:16 p.m. | Re-Direct examination by Defendants (Mr. Gracey). |
| 2:22 p.m. | Statement by Plaintiffs (Mr. Semler). |
| 2:27 p.m. | Argument by Defendants (Mr. Gracey). |
| 2:47 p.m. | Argument by Plaintiffs (Mr. Semler). |
| 3:01 p.m. | Argument by Defendants (Mr. Gracey). |

| | |
|---|---|
| **ORDERED:** | Defendants' Motion to Exclude Expert Testimony of Melinda M. Harper [ECF Doc. No. 144], filed June 2, 2014, is **TAKEN UNDER ADVISEMENT and will be decided during the trial.** |
| **ORDERED:** | Plaintiffs shall not mention royalty damages nor the amount of damages being sought in opening statements. |
| | Plaintiffs' Motion in Limine [ECF Doc. No. 200], filed January 18, 2015, is raised for argument. |
| 3:05 p.m. | Argument by Plaintiffs (Mr. Semler). |
| 3:12 p.m. | Argument by Defendants (Mr. Hutchinson). |
| 3:17 p.m. | Argument by Plaintiffs (Mr. Semler). |
| **ORDERED:** | Plaintiffs' Motion in Limine [ECF Doc. No. 200], filed February 18, 2015, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Plaintiffs shall file supplemental authority on the motion in limine not later than **Thursday, March 12, 2015.** |
| **ORDERED:** | Defendants shall file supplemental authority on the same motion in limine not later than **Tuesday, March 17, 2015.** |
| 3:29 p.m. | Discussion regarding estimated length of trial and that it might extend to seven trial days. |
| **3:30 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   3:59**

**CLERK'S NOTE:       EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**