IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00750-WYD-CBS

PHILIP W. WYERS; and
WYERS PRODUCTS GROUP, INC.

     Plaintiffs,

v.

GREENBERG TRAURIG, LLP;
MARK L. HOGGE;
LAURA M. KLAUS; and
ROBERT P. CHARROW,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court upon review of the case file and notification from the parties that a settlement has been reached.   Accordingly, Defendants' Motion to Exclude Expert Testimony of Melinda Harper (ECF No. 144), filed June 2, 2014, and Plaintiffs' Motion in Limine to Admit Evidence of Mediation Communications as Exclusions from and Exceptions to Hearsay Rule (ECF No. 195), filed February 18, 2015, are **DENIED** as moot.   Additionally, Plaintiffs' Unopposed Motions for Leave to Restrict (ECF Nos. 216 and 217), filed March 9, 2015, are **GRANTED**.   Therefore, ECF Nos. 195 and 211, including their attachments, shall retain Level 1 restriction.

     Dated:   March 20, 2015.