IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00750-WYD-CBS

PHILIP W. WYERS; and
WYERS PRODUCTS GROUP, INC.

     Plaintiffs,

v.

GREENBERG TRAURIG, LLP;
MARK L. HOGGE;
LAURA M. KLAUS; and
ROBERT P. CHARROW,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     The Court was previously notified by the parties that a settlement has been reached.  The jury trial set to commence on Monday, March 23, 2015, at 9:00 a.m. is hereby **VACATED.**  Parties shall file stipulation for dismissal not later than **Friday, April 10, 2015.**

     Dated:  March 24, 2015.