IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00750-WYD-CBS

PHILIP W. WYERS, et al
        Plaintiffs,

v.

GREENBERG TRAURIG, LLP, et al
        Defendants

---

**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED between and among Plaintiffs Philip W. Wyers and Wyers Products Group, Inc.; Counterclaim Plaintiff Greenberg Traurig, LLP; and Defendants Mark L. Hogge, Laura M. Klaus and Robert P. Charrow, by and through their respective counsel, that the following claims *only* may be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii):

1. Plaintiffs Philip W. Wyers and Wyers Products Group, Inc. hereby dismiss all individual claims against Defendants Mark L. Hogge, Laura M. Klaus and Robert P. Charrow, with prejudice.

2. Counterclaim Plaintiff Greenberg Traurig, LLP, hereby dismisses its counterclaim against Plaintiffs Philip W. Wyers and Wyers Products Group, Inc., with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order of Dismissal with Prejudice as to these claims only.

March 24, 2015

        SEMLER & ASSOCIATES, P.C.

        *s/R. Parker Semler*
        _____
        R. Parker Semler
        Matthew Nelson
        1775 Sherman Street, Suite 2015
        Denver, CO  80203
        Telephone: (303) 839-1680
        Facsimile: (303) 839-1642
        Email: parker@semlerlaw.com
        *Counsel for Plaintiffs*

        TREECE ALFREY MUSAT P.C.

        *s/Michael L. Hutchinson*
        _____
        Michael L. Hutchinson
        999 18th Street, Suite 1600
        Denver, CO 80202
        Telephone:  303-292-2700
        Facsimile:   303-295-0414
        Email:  hutch@tamlegal.com
        *Counsel for Defendants and Counterclaim Plaintiff*