IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley W. Daniel**

Civil Action No. 12-cv-00750-WYD-CBS

PHILIP W. WYERS, et al
        Plaintiffs,

v.

GREENBERG TAURIG, LLP, et al
        Defendants

---

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court upon the Stipulation of Plaintiffs Philip W. Wyers and Wyers Products Group, Inc.; Counterclaim Plaintiff Greenberg Traurig, LLP; and Defendants Mark L. Hogge, Laura M. Klaus and Robert P. Charrow, for dismissal of the following claims with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii):

    1.    Plaintiffs Philip W. Wyers and Wyers Products Group, Inc. hereby dismiss all individual claims against Defendants Mark L. Hogge, Laura M. Klaus and Robert P. Charrow; and

    2.    Counterclaim Plaintiff Greenberg Traurig, LLP, hereby dismisses its counterclaim against Plaintiffs Philip W. Wyers and Wyers Products Group, Inc.;

IT IS THEREFORE ORDERED that those claims only be and hereby are DISMISSED WITH PREJUDICE. The case caption shall be amended accordingly.

_____, 2015

BY THE COURT:

_____