IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00750-WYD-CBS

PHILIP W. WYERS; and
WYERS PRODUCTS GROUP, INC.

   Plaintiffs,

v.

GREENBERG TRAURIG, LLP,

   Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Notice of Resolution (ECF No. 225), filed April 6, 2015.   In the Notice of Resolution, the parties indicated that all of the Plaintiffs' claims against the Defendant have been resolved and requested that this matter be placed in administrative closure, per D.C.COLO.LCivR 41.2, pending conclusion of the terms of the settlement.   Accordingly, it is

ORDERED that this matter shall be placed in administrative closure and is subject to reopening for good cause pursuant to D.C.COLO.LCivR 41.2.

   Dated:   April 23, 2015.

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge