IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-0750-WYD-CBS

PHILIP W. WYERS;
WYERS PRODUCTS GROUP, INC.,

    Plaintiffs,

v.

GREENBERG TRAURIG, LLP.,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Parties' Stipulation for Dismissal with Prejudice (ECF No. 229), filed on February 17, 2016.  On April 23, 2015, the matter was placed in administrative closure pursuant to D.C.COLO.LCivR 41.2, pending the conclusion of the terms of settlement.  The terms of settlement have now been fully performed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 229) is **GRANTED**.  It is

FURTHER ORDERED that this matter and all claims herein are hereby **DISMISSED WITH PREJUDICE** pursuant to F.R.C.P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this case.

Dated: February 18, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge